# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Petitioner,

v.

Steven Otts, Respondent.

Appellate Case No. 2018-001671

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Saluda County
Thomas A. Russo, Circuit Court Judge

---

Opinion No. 27880
Heard April 17, 2019 – Filed April 24, 2019

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Attorney General Alan Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody J. Brown, Assistant Attorney General J. Anthony Mabry and Assistant Attorney General Susannah R. Cole, all of Columbia and Solicitor S.R. Hubbard, III, of Lexington,  for Petitioner

Appellate Defender Susan B. Hackett, of Columbia, for Respondent.

---

**PER CURIUM:** We granted certiorari to review whether the court of appeals erred in reversing the trial court and remanding for a new trial. *State v. Otts*, 424 S.C. 150, 817 S.E.2d 540 (Ct. App. 2018). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**